IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Luciano Dos Santos Amorim, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>Ariane Castro De Souza, Maria da Penha )<br>Castro Crain, and Joseph Crain, )<br>)<br>Respondents. )<br>) | Civil Action No. 3:16-cv-02445-JFA<br><br>**ORDER GRANTING PETITIONER'S**<br>**MOTION FOR LEAVE TO APPEAR AT**<br>**MEDIATION BY VIDEO-**<br>**CONFERENCE** |

Pending before the Court is the consent motion filed by Petitioner Luciano Dos Santos Amorim, seeking permission from the Court to appear at the mediation scheduled for August 9, 2016 by real-time video-conference (ECF No. 32). Seeing that the parties are in agreement, Petitioner's Motion is **GRANTED** and he shall be permitted to appear at the mediation by real-time video-conference in lieu of attending in person as required by Local Civil Rule 16.08(A)(2) (D.S.C.).

IT IS SO ORDERED.

August 4, 2016                                                       Joseph F. Anderson, Jr.
Columbia, South Carolina                                      United States District Judge